[No. 41263-9-I.    Division One.    July 12, 1999.]

WASHINGTON STATE BANK, *Respondent*, v. MEDALIA
HEALTHCARE, L.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-10315-1, Michael Hayden, J., entered
August 19, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Agid, A.C.J., and Cox, J. Now
partially published at 96 Wn. App. 547.


[No. 41321-0-I.    Division One.    July 12, 1999.]

ALLEN J. BROWER, ET AL., *Appellants*, v. PIERCE COUNTY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-06312-4, J. Kathleen Learned, J., entered
August 25, 1997. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Kennedy, C.J., and Grosse, J. Now
published at 96 Wn. App. 559.


[No. 42022-4-I.    Division One.    July 12, 1999.]

JOAN DAVIDSON, M.D., *Appellant*, v. NORTHGATE MALL
PARTNERSHIP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-22440-5, R. Joseph Wesley, J., entered
January 9, 1998. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Kennedy, C.J., and Webster, J.


[No. 42034-8-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN
LEGGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01153-6, Linda C. Krese, J.,
entered January 12, 1998. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Cox and Appelwick, JJ.